1004

[No. 34493-9-II. Division Two. October 9, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. MILES DEAN PARKISON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-1-00074-2, Frank Cuthbertson and Ronald E. Culpepper, JJ., entered March 3, 2006. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Houghton, C.J., and Penoyar, J.

[No. 34626-5-II. Division Two. October 9, 2007.]

*In the Matter of the Marriage of* KIMBERLY S. BORT, *Respondent*, and MICHAEL D. BORT, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-3-04172-3, Katherine M. Stolz, J., entered March 24, 2006. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Armstrong and Hunt, JJ.

[No. 35135-8-II. Division Two. October 9, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. EBONY MITCHELLE JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-1-01720-3, John R. Hickman, J., entered June 16, 2006. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Van Deren, A.C.J., and Penoyar, J.

[Nos. 35145-5-II; 35148-0-II. Division Two. October 9, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. DONTEZ MARQUIS JOHNSON, *Appellant*.

Appeals from a judgment of the Superior Court for Thurston County, Nos. 05-1-02255-1 and 06-1-00326-1, Gary Tabor and Richard A. Strophy, JJ., entered July 27, 2006. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, C.J., and Penoyar, J.